UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CAROL PEIRCE,

Defendant.

No. 06-cr-1032 (RJS)

ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Ms. Peirce's letter requesting modification of her monthly restitution payments.  (Doc. No. 83.)  IT IS HEREBY ORDERED THAT the government shall file a response by July 15, 2024.  IT IS FURTHER ORDERED THAT Ms. Peirce shall file a reply, if any, no later than July 25, 2024.

SO ORDERED.

Dated: July 1, 2024
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation