UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CAROL PEIRCE,

              Defendant.

No. 06-cr-1032 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached filing, which *pro se* defendant Carol Peirce mailed

directly to the Court's chambers. Under Section 1(A) of the Court's Individual Rules and

Practices, all *pro se* communications with the Court must be conducted by mail through the *Pro*

*Se* Intake Unit, 500 Pearl Street, Room 120, New York, NY 10007. Although the Court has

considered the attached filing, Ms. Peirce must send all future communications to the *Pro Se* Intake

Unit at that address or else the Court will not docket them or take any action in response to them.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Peirce.

SO ORDERED.

Dated: August 5, 2024
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

## UNITED STATES CIRCUIT COURT
## <u>SOUTHERN DISTRICT OF NEW YORK</u>

CAROL PEIRCE,
    PETITIONER,

    VS.                           Case No:  06 Cr. 1032 (RJS)

UNITED STATES OF AMERICA,
    RESPONDENT.

<u>Response to Government's Opposition Regarding Restitution Modification</u>

COMES NOW THE PETITIONER, PRO SE, CAROL PEIRCE, respectfully and humbly request that this Court assert the power of judicial intervention and order The ***Financial Litigation Unit*** to return my restitution to the amount that had been previously agreed upon. Petitioner respectfully submits the following for immediate consideration by the court.

### <u>ARGUMENT AND SUPPORTING DOCUMENTATION</u>

In response to the government's submission regarding Miss Peirce's restitution payments, as outlined in the provided documents. It is important to clarify certain facts and details concerning the years that Miss Peirce interacted with the Financial Litigation Program (FLP) agent, Natalia Yagudayeva, and the events leading up to the current situation.

Also, addressing several inaccuracies and providing essential clarifications regarding Miss Pierce's case, particularly about the prison release date, notification about debt subject to the Treasury Offset Program (TOP), and the payment history is crucial.

First, the Government's discussion erroneously states that Miss Peirce's prison release date was June 26, 2015. Miss Pierce's prison release date was January of 2015 as accurately documented in the official records. Additionally, there was no notification provided to Miss Pierce about the debt being subject to TOP in 2015, as indicated in the Government's discussion, nor did the Government provide such evidence.

Furthermore, the discussion mentions that Miss Pierce has been making "*mostly*" regular payments of approximately $150 per month based on the government's records. However, this statement is misleading, as the attached record of payments demonstrates that Miss Peirce has consistently made payments of $150 per month, without any delinquencies. This diligent payment history underscores Miss Peirce's commitment to meeting her financial obligations in a timely and responsible manner.

It is crucial to ensure that all details and information about Miss Pierce's case are accurately represented to avoid any misconceptions or misinterpretations. The correction of these inaccuracies is essential in providing a comprehensive and fair assessment of the situation.

Miss Peirce has indeed been actively engaging with FLP, and Natalia Yagudayeva, the FLP agent, since September 2018, following the completion and submission of the first financial statement of the Debtor form to the US Department of Justice, complete with supporting materials provided to the New York Southern District. These negotiations were conducted with Natalia Yagudayeva and resulted in a settlement amount and a monthly payment plan, with subsequent adjustments made through annual negotiations following Miss Peirce's completion and submission of a Debtor form and supporting materials. The yearly payment amount (paid monthly) increased following these negotiations, culminating in a monthly payment of $150 by September 2022, which Miss Peirce faithfully maintained until December 2023. TOP then began monthly withdrawals of $347.85 from Miss Peirce's Social Security income in January of 2024, see records attached.

It is crucial to note that Miss Peirce did not receive any financial statement of debtor form after September 2022. It was in November and December 2023 (see attached), that she received identical letters from the US Department of the Treasury Bureau of Fiscal Services regarding collection actions effective January 2024. Upon contacting the FLP in response to the letters, Miss Peirce was informed by Natalia Yagudayeva that her case had been referred to the Treasury Offset Program (TOP) without cause, and no action could be taken to reverse this decision.

Subsequent attempts to address the situation with Natalia Yagudayeva were met with resistance, and Miss Peirce's requests were dismissed without proper consideration or resolution. When Miss Peirce delved deeper into the reason behind her account being transferred to TOP, she was informed that it was solely because they could do so without cause or notification. Despite providing extensive documentation and initiating legal proceedings to rectify the issue, no response or acknowledgment has been received from either the FLP or TOP agencies to date.

In their reply, the government has not identified any cases in this circuit that present a similar motion to the court of conviction in a criminal case. However, in similar scenarios in other

circuits, debtors challenging their referral to TOP are expected to address their concerns to the referring agency before resorting to court action. Miss Peirce has indeed followed this protocol after she received the two letters from TOP in November and December of 2023 and has evidence from the United States Post Office (see attached) seeking relief before escalating her concerns to the judiciary system.

In light of the evidence presented and Miss Peirce's efforts to resolve the matter proactively, she respectfully requests that the court grant her motion with prejudice. Additionally, it is proposed that the FLP immediately adjust her status and remove her from the TOP program, allowing for continued collaboration and resolution as has been the practice since 2018.

I trust that the information provided sheds light on the complexities of the situation and the earnest attempts made by Miss Peirce to address the issues at hand. Your attention and assistance in resolving this matter are greatly appreciated. A reduction of $347.85 being withdrawn each month is a financial hardship.

Should you require further clarification or additional information, please do not hesitate to contact me at 561-223-5152.

Respectfully submitted,

Carol Peirce

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A COPY OF THE ENCLOSED PLEADING
WAS SERVED VIA UNITED STATES POSTAL SERVICE USING FIRST
CLASS MAIL TO THE FOLLOWING PERSON (S):


ASSISTANT UNITED STATES ATTORNEY
Michael Garcia
1 St. Andrew's Plaza
New York, New York 10007


RESPECTFULLY SUBMITTED,

Carol Peirce

CC: Financial Litigation Uni

| | | $10,818.72 |
|---|---|---|
| MONEY ORDER RECEIPT - NON NEGOTIABLE | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | N/A |
| | $0.00 | N/A |
| | $0.00 | N/A |
| | | $149,110.63 |



AGT 336049 LOC 00137B DT 072123 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 5 5 2 3 0 1 6 0 4 *

| | Date Payment Due |
|---|---|
| | 07/31/2023 |

the telephone line listed above.

your payment, **DO NOT SEND CASH.**

.uscourts.gov/payment-

To pay online by debit card or checking account,

information#PaymentofCriminalDebt for the Instructions on How to Make Online Criminal Debt Payments Through Pay.gov.

---

| Non-Federal Restitution | to |
|---|---|
| Federal Restitution | |
| Fine | |
| Community Restitution | |
| Special Assessment | |
| Criminal Court Costs | |
| Penalty | |
| AVAA Assessment | |
| JVTA Assessment | |

MONEY ORDER RECEIPT - NON NEGOTIABLE



AGT 334538 LOC 001284 DT 081023 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 4 7 6 9 7 5 1 1 7 *

| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | Date Payment Due |
|---|---|---|---|
| $0.00 | $150.00 | $150.00 | 08/31/2023 |

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

**MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT.** Include Court Number on your payment, **DO NOT SEND CASH.**

To pay online by debit card or checking account, please visit the Clerk of Court's webpage at https://nysd.uscourts.gov/payment-

information#PaymentofCriminalDebt for the Instructions on How to Make Online Criminal Debt Payments Through Pay.gov.

---

MONEY ORDER RECEIPT - NON NEGOTIABLE

**U.S. DEPARTMENT OF JUSTICE**
New York-Southern
86 Chambers Street 3rd Floor
New York, NY 10007

AGT 334538 LOC 001284 DT 092523 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

**For inquiries regarding debt call:**

* 1 9 4 9 4 5 3 3 2 7 9 *

Carol Peirce
4015 South West Melbourne Stree
Port St. Lucie, FL 34953



5/15/2023

009A39106/001

This is your official receipt.
for this debt only. You may
federal Statute requires that a
ncipal first then interest. (18

## Payment Application

| Payment Amount | $150.00 | Payment Date | 05/30/2023 |
|---|---|---|---|

### Current Balance Information

| Debt Type | to Principal | to Interest | Interest Rate | Principal Balance | Interest Balance |
|---|---|---|---|---|---|
| Non-Federal Restitution | | | | | |
| Federal Restitution | | | | | |
| Fine | | | | | |
| Community Restitution | | | | | |
| Special Assessment | | | | | |
| Criminal Court Costs | | | | | |
| Penalty | | | | | |

| Overdue Amount | |
|---|---|

If this is an interest-bearing

**MAKE YOUR PAYMENT PAYABLE**                                              **DO NOT SEND CASH.**
To pay online by debit card or checking accou          the Clerk of Court's webpage at https://nysd.uscourts.gov/payment-
information#PaymentofCriminalDebt for the Instructions on How to Make Online Criminal Debt Payments Through Pay.gov.

US Debit
Chip Read
Issuer-PIN Verified

A000000004242203
Entry Method:
Mode:

Your cashier was Camron
04/24/2023 16:17 S1284  R151  4259 C0429

Join the Publix family!
Apply today at apply.publix.jobs.
We're an equal opportunity employer.

Publix Super Markets, Inc.



MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 334538 LOC 001284 DT 012423 $150.00 1HUNDRED50DOLLARS AND
NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

* 1 9 4 5 5 6 4 7 8 5 4 *

PURCHASE
US Debit
Chip Read
Issuer-PIN Verified

DEBIT CARD
A00000000042203
Entry Method:
Mode:

Your cashier was TJ

01/24/2023 11:36  S1284  R151 8985 C0421

Join the Publix family!
Apply today at apply.publix.jobs.
We're an equal opportunity employer.

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 334538 LOC 001284 DT 021023 $150.00 1HUNDRED50DOLLARS AND
NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

* 1 9 3 2 6 9 7 0 3 4 5 *

| | to | | | | |
|---|---|---|---|---|---|
| Non-Federal Restitution | | | | | |
| Federal Restitution | | | | | |
| Fine | | | | | |
| Community Restitution | | | | | |
| Special Assessment | | | | | |
| Criminal Court Costs | | | | | |
| Penalty | | | | | |
| | | | | | |
| Overdue Amount | | | | | |

| | $0.00 | $0.00 | % | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | $10,483.73 | $139,491.91 | 0.5% | $0.00 | -$150.00 |

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.
To pay online by debit card or checking account, please visit the Clerk of Court's webpage at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt for the Instructions on How to Make Online Criminal Debt Payments Through Pay.gov.

| | to Principal | to Interest | | | |
|---|---|---|---|---|---|
| Non-Federal Restitution | -$150.00 | $0.00 | 0.5% | $139,041.91 | $10,615.39 |
| Federal Restitution | $0.00 | $0.00 | % | $0.00 | $0.00 |
| Fine | $0.00 | | | | |

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 336049 LOC 001378 DT 032323 $150.00 1HUNDRED50DOLLARS AND
NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

* 1 9 3 2 9 5 5 4 7 3 1 *

Chip Read
Issuer-PIN Verified

Entry Method:
Mode:

cashier was Fania

3/2023 10:11  S1378  R151 2506 C0442

Join the Publix family!
Apply today at apply.publix.jobs.
We're an equal opportunity employer.

| Non-Federal Restitution | -$150.00 | $0.00 | 0.5% | $137,641.91 | $11,032.35 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | | $148,674.26 |

**Date Payment Due**

11/30/2023

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

**MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT.** Include Court Number on your payment. **DO NOT SEND CASH.**

To pay online by debit card or checking account, please visit the Clerk of Court's webpage at https://nysd.uscourts.gov/payment-

MONEY ORDER RECEIPT - NON NEGOTIABLE

¡Hemos mejorado nuestro tipo de cambio a Mexico! Aprovecha esta
tasa y envia mas Pesos por tus dolares desde esta localidad.
¡Envia dinero a cualquier localidad de Western Union hoy!

AGT 334538 LOC 001284 DT 111723 $150.00 1HUNDRED50DOLLARS AND
NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

* 1 9588078147 *

MONEY ORDER RECEIPT - NON NEGOTIABLE

Your cashier was TJ

10/03/2023 19:05 S1284 R151 1073 C042I

Join the Publix family!
Apply today at apply.publix.jobs.
We're an equal opportunity employer.

Publix Super Markets

DEBIT CARD
A000000004 2203
Entry Method:
Mode:
PURCHASE
IFS Debit
Chip Read
Issuer PIN Verified

AGT 334538 LOC 001284 DT 100323 $150.00 1HUNDRED50DOLLARS AND
NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer
service, call 1-800-999-9660.

* 1 9494533527 *

U.S. DEPARTMENT OF JUSTICE

New York-Southern

**U.S. DEPARTMENT OF JUSTICE**
New York-Southern
86 Chambers Street 3rd Floor
New York, NY 10007

**Debtor Statement**



For inquiries regarding debt call: 2

Carol Peirce
4015 South West Melboourne Street
Port St. Lucie, FL 34953

| Debt Type | Payment Amount | | | | |
|---|---|---|---|---|---|
| | to Principal | to Interest | | | |
| Non-Federal Restitution | -$150.00 | $0.00 | 0.5% | $139,891.91 | $10,359.26 |
| Federal Restitution | $0.00 | $0.00 | % | $0.00 | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | N/A |
| | | | | | N/A |
| | | | | | N/A |
| | | | | | 51.17 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | ASH, |

11/11/2022 11:46 S1204 R152 2222 03407

Join the Publix family!
Apply today at publix.jobs.
We're an equal opportunity employer.

Publix Super Markets, Inc.

Reference #: 020817149
Acct #: XXXXXXXXXX2402
Debit  Purchase FROM CHECKING
Amount: $169.85
Auth #: 183345

PURCHASE
US Debit
Chip Rea
∎∎∎er-PIN Verified

DEBIT CARD
A0000000042203
Entry Method:
Mode:



| Payment Amount | $150.00 | Payment Date | 08/24/2022 | Current Balance Information |
|---|---|---|---|---|

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 334538 LOC 001284 DT 090622 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19426000630 *

LOAD THIS DIRECTION, THIS SIDE UP

| |
|---|
| /16/2022 |
| 09A39106/001 |

his is your official receipt. r this debt only. You may eral Statute requires that a cipal first then interest. (18

| | | | | | |
|---|---|---|---|---|---|
| Non-Federal Restitution | -$150.00 | $0.00 | 0.5% | $140,441.91 | $10,201.75 |
| Federal Restitution | $0.00 | $0.00 | % | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | % | $0.00 | $0.00 |
| | $0.00 | $0.00 | % | $0.00 | $0.00 |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | | $150,643.66 |

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 334538 LOC 001284 DT 080222 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19412789476 *

LOAD THIS DIRECTION, THIS SIDE UP

| |
|---|
| Date Payment Due |
| 08/30/2022 |
| the telephone line listed above. |

your payment. DO NOT SEND CASH.

**U.S. DEPARTMENT OF JUSTICE**
New York-Southern
86 Chambers Street 3rd Floor

**Debtor Statement**

MONEY ORDER RECEIPT - NON NEGOTIABLE

| |
|---|
| 07/15/2022 |
| 2009A39106/001 |

ds. This is your official receipt. :es for this debt only. You may . Federal Statute requires that a principal first then interest. (18

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19375618450 *

LOAD THIS DIRECTION, THIS SIDE UP

Current Balance Information

Principal Balance | Interest Balance

86 Chambers Street, 3rd Floor
New York, NY 10007

| | |
|---|---|
| DATE OF STATEMENT | 06/15/2022 |
| | 2009A39106/001 |

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

...ds. This is your official receipt. ...ces for this debt only. You may ... Federal Statute requires that a ... principal first then interest. (18

AGT 334538 LOC 001284 DT 060822 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19400830712 *

**Current Balance Information**

| ...rincipal Balance | Interest Balance |
|---|---|
| $140,841.91 | $10,084.16 |

| | | | | | |
|---|---|---|---|---|---|
| Federal Restitution | $0.00 | $0.00 | % | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | % | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | % | $0.00 | $0.00 |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | | $151,089.14 |

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

AGT 334538 LOC 001284 DT 052322 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19375619124 *

| Date Payment Due |
|---|
| 05/30/2022 |

...ll the telephone line listed above.

...n your payment. DO NOT SEND CASH.

Personal Checks will not be accepted in the Clerk's Office.
MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

Overdue Amount

Penalty
Criminal Court Costs
Special Assessment
Community Restitution
Fine
Federal Restitution
Non-Federal Restitution

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

AGT 334538 LOC 001284 DT 041422 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19385215415 *

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.
Personal Checks will not be accepted in the Clerk's Office.

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

If this is an interest-bearing

Overdue Amount

Penalty

Criminal Court Costs

Special Assessment

Community Restitution

Fine

Federal Restitution

Non-Federal Restitution

AGT 334538 LOC 001284 DT 031622 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 3 5 2 6 4 3 8 9 8 *

| | to Principal | to Interest | | | |
|---|---|---|---|---|---|
| Non-Federal Restitution | -$150.00 | $0.00 | 0.5% | $141,641.91 | $9,853.86 |
| Federal Restitution | $0.00 | $0.00 | % | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | % | $0.00 | $0.00 |
| | $0.00 | $0.00 | % | $0.00 | $0.00 |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | $0.00 | N/A |
| | | | | | $151,495.77 |

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

Date Payment Due
02/28/2022

he telephone line listed above.

your payment. DO NOT SEND CASH.

AGT 334538 LOC 001284 DT 020922 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 3 6 3 2 7 8 2 0 1 *

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.
Personal Checks will not be accepted in the Clerk's Office.

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

$0.

Overdue Amount

Penalty

Criminal Court Costs

Special Assessment

Community Restitution

Fine

Federal Restitution

Non-Federal Restitution

AGT 334538 LOC 001284 DT 011022 $150.00 1HUNDRED50DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 1 9 3 3 7 4 9 3 8 8 3 *

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686

## PLEASE RETAIN FOR YOUR RECORDS

01/10/24



CAROL P PEIRCE
4015 SOUTH WEST MELBOOURNE STR
PORT ST. LUCIE, FL 34953

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: CAROL P PEIRCE
Original Payment Amount: $2319.00             Payment Date: 01/10/24
Payee TIN (Last Four): 7151                   Payment Type: EFT
Beneficiary TIN (Last Four): 7151             Claim Account Number: 057487151 A

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

U.S. ATTORNEY NEW YORK - SOUTHERN          TOP Trace Number: 196737999
ATTN: FINANCIAL LITIGATION UNIT                Account #: NYS 2009A39106001
86 CHAMBERS STREET 3RD FLOOR               Applied To This Debt: $347.85
NEW YORK, NY 10007                          Type of Debt: Non-Tax Federal Debt

212-637-2812

See additional pages for other debts, if any.

### What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. Please have this notice available when you contact the agency.

The agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

If you have questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP or call 800-304-3107. Please do not contact the Social Security Administration regarding the reduction in your federal payment as a result of this offset.

FS FORM ONLY: SL09/21



U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



## PLEASE RETAIN FOR YOUR RECORDS

03/13/24



CAROL P PEIRCE
4015 SOUTH WEST MELBOOURNE STR
PORT ST. LUCIE, FL  34953

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: CAROL P PEIRCE

| | |
|---|---|
| Original Payment Amount: $2319.00 | Payment Date: 03/13/24 |
| Payee TIN (Last Four): 7151 | Payment Type: EFT |
| Beneficiary TIN (Last Four): 7151 | Claim Account Number: 057487151 A |

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

| | |
|---|---|
| U.S. ATTORNEY NEW YORK - SOUTHERN | TOP Trace Number: 198087798 |
| ATTN: FINANCIAL LITIGATION UNIT | Account #: NYS 2009A39106001 |
| 86 CHAMBERS STREET 3RD FLOOR | Applied To This Debt: $347.85 |
| NEW YORK, NY 10007 | Type of Debt: Non-Tax Federal Debt |

212-637-2812

Please see additional pages for other debts, if any.

### What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. Please have this notice available when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP or call 1-800-304-3107. Please do not contact the Social Security Administration regarding the reduction made in your federal payment as a result of this offset.



U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



## PLEASE RETAIN FOR YOUR RECORDS

04/10/24



CAROL P PEIRCE
4015 SOUTH WEST MELBOOURNE STR
PORT ST. LUCIE, FL 34953

## What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: CAROL P PEIRCE
Original Payment Amount: $2319.00                          Payment Date: 04/10/24
Payee TIN (Last Four): 7151                                Payment Type: EFT
Beneficiary TIN (Last Four): 7151                    Claim Account Number: 057487151 A

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

U.S. ATTORNEY NEW YORK - SOUTHERN          TOP Trace Number: 198742021
ATTN: FINANCIAL LITIGATION UNIT                Account #: NYS 2009A39106001
86 CHAMBERS STREET 3RD FLOOR               Applied To This Debt: $347.85
NEW YORK, NY 10007                         Type of Debt: Non-Tax Federal Debt

212-637-2812

Please see additional pages for other debts, if any.

### What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. Please have this notice available when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP. Please do not contact the Social Security Administration regarding the reduction made in your federal payment as a ᴿᵉˢᵘˡᵗ of this offset.



U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



## PLEASE RETAIN FOR YOUR RECORDS

05/08/24



CAROL P PEIRCE
4015 SOUTH WEST MELBOOURNE STR
PORT ST. LUCIE, FL  34953

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: CAROL P PEIRCE
Original Payment Amount: $2319.00
Payee TIN (Last Four): 7151
Beneficiary TIN (Last Four): 7151

Payment Date: 05/08/24
Payment Type: EFT
Claim Account Number: 057487151 A

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

U.S. ATTORNEY NEW YORK – SOUTHERN
ATTN: FINANCIAL LITIGATION UNIT
86 CHAMBERS STREET 3RD FLOOR
NEW YORK, NY 10007

TOP Trace Number: 199604203
Account #: NYS 2009A39106001
Applied To This Debt: $347.85
Type of Debt: Non-Tax Federal Debt

212-637-2812

Please see additional pages for other debts, if any.

### What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe.** Please have this notice available when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe.** If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP. Please do not contact the Social Security Administration regarding the reduction made in your federal payment as a ⸱⸱⸱ '· of this offset.



U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



## PLEASE RETAIN FOR YOUR RECORDS

06/12/24



CAROL P PEIRCE
4015 SOUTH WEST MELBOOURNE STR
PORT ST. LUCIE, FL 34953

---

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: CAROL P PEIRCE

Original Payment Amount: $2319.00
Payee TIN (Last Four): 7151
Beneficiary TIN (Last Four): 7151

Payment Date: 06/12/24
Payment Type: EFT
Claim Account Number: 057487151 A

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

U.S. ATTORNEY NEW YORK - SOUTHERN
ATTN: FINANCIAL LITIGATION UNIT
86 CHAMBERS STREET 3RD FLOOR
NEW YORK, NY 10007

212-637-2812

TOP Trace Number: 199923511
Account #: NYS 2009A39106001
Applied To This Debt: $347.85
Type of Debt: Non-Tax Federal Debt

Please see additional pages for other debts, if any.

### What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. Please have this notice available when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP. Please do not contact the Social Security Administration regarding the reduction made in your federal payment as a ~ ~ ~ ' of this offset.

---



U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



## PLEASE RETAIN FOR YOUR RECORDS

07/10/24



CAROL P PEIRCE
4015 SOUTH WEST MELBOOURNE STR
PORT ST. LUCIE, FL 34953

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: CAROL P PEIRCE
Original Payment Amount: $2319.00
Payee TIN (Last Four): 7151
Beneficiary TIN (Last Four): 7151

Payment Date: 07/10/24
Payment Type: EFT
Claim Account Number: 057487151 A

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

U.S. ATTORNEY NEW YORK - SOUTHERN
ATTN: FINANCIAL LITIGATION UNIT
86 CHAMBERS STREET 3RD FLOOR
NEW YORK, NY 10007

TOP Trace Number: 200123004
Account #: NYS 2009A39106001
Applied To This Debt: $347.85
Type of Debt: Non-Tax Federal Debt

212-637-2812

Please see additional pages for other debts, if any.

### What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. <u>Please have this notice available</u> when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at <u>www.fiscal.treasury.gov/TOP</u>. Please do not contact the Social Security Administration regarding the reduction made in your federal payment as a · · · · · · of this offset.

FOR OFFICIAL USE ONLY: SI.09/21
0000000696 2001230048455017170103176TPLOTLTR-P01CARO000696



U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



12/13/23

**Funds May Be Withheld From Your Social Security Benefit Payment**



CAROL P PEIRCE
4015 SOUTH WEST MELBOOURNE STR
PORT ST. LUCIE, FL 34953

A debt you owe has been referred to the U.S. Department of the Treasury (Treasury), Bureau of the Fiscal Service, for collection action. The agency you owe is listed below:

### U.S. ATTORNEY NEW YORK - SOUTHERN

Federal law requires Treasury to withhold up to 15 percent of your monthly Social Security benefit payment because you failed to pay or otherwise resolve this debt.

#### How Can I Stop This?

Treasury will withhold up to 15 percent of your monthly Social Security benefit payment beginning no sooner than 01/2024, so you still have time to act. To prevent this collection action, you must contact the agency listed below and meet its requirements:

U.S. ATTORNEY NEW YORK - SOUTHERN          212-637-2812
ATTN: FINANCIAL LITIGATION UNIT
86 CHAMBERS STREET 3RD FLOOR
NEW YORK, NY 10007                        Acct Num: NYS 2009A39106001

_Mr. Obina_

#### What Else Do I Need To Know?

- Only the agency listed under the "How Can I Stop This?" section can assist you in resolving this debt.

- Treasury may withhold funds from your Social Security benefit payment to collect more than one debt. If you owe more than one debt, Treasury will apply the amount withheld from your payment to each debt in the priority established by federal law.

- Funds will be withheld until the debt is resolved.

- Funds may be withheld from your other federal payments without additional notice.

- Treasury will not withhold funds from your Social Security benefits so that you receive less than $750.00 each month.

This collection action is administered through the Treasury Offset Program (TOP). If you have questions about this program, please call 1-800-304-3107 or visit our website at www.fiscal.treasury.gov/TOP.

$ 29-1040
Tax Dept

FOR OFFICIAL USE ONLY: SW06/21
0000000119 00000000084550171700000000TPLOTWRN-SSACARO000119



U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686

(800) 255
800 3595



11/08/23

### Funds May Be Withheld From Your Social Security Benefit Payment



CAROL P PEIRCE
4015 SOUTH WEST MELBOOURNE STR
PORT ST. LUCIE, FL 34953

A debt you owe has been referred to the U.S. Department of the Treasury (Treasury), Bureau of the Fiscal Service, for collection action. The agency you owe is listed below:

### U.S. ATTORNEY NEW YORK - SOUTHERN

Federal law requires Treasury to withhold up to 15 percent of your monthly Social Security benefit payment because you failed to pay or otherwise resolve this debt.

### How Can I Stop This?

Treasury will withhold up to 15 percent of your monthly Social Security benefit payment beginning no sooner than 01/2024, so you still have time to act. To prevent this collection action, you must contact the agency listed below and meet its requirements:

U.S. ATTORNEY NEW YORK - SOUTHERN          212-637-2812
ATTN: FINANCIAL LITIGATION UNIT
86 CHAMBERS STREET 3RD FLOOR
NEW YORK, NY 10007                         Acct Num: NYS 2009A39106001

### What Else Do I Need To Know?

▪ Only the agency listed under the "How Can I Stop This?" section can assist you in resolving this debt.

▪ Treasury may withhold funds from your Social Security benefit payment to collect more than one debt. If you owe more than one debt, Treasury will apply the amount withheld from your payment to each debt in the priority established by federal law.

▪ Funds will be withheld until the debt is resolved.

▪ Funds may be withheld from your other federal payments without additional notice.

▪ Treasury will not withhold funds from your Social Security benefits so that you receive less than $750.00 each month.

This collection action is administered through the Treasury Offset Program (TOP). If you have questions about this program, please call 1-800-304-3107 or visit our website at www.fiscal.treasury.gov/TOP.



Tracking number 9505513955224114106048

**Delivered**



April 29, 11:57AM
New York, NY

Tracking number 9505513955224114106062

**Delivered**



April 29, 11:41AM
New York, NY

Tracking number 9505513955224114106109

**Delivered**



April 29, 11:14AM
New York, NY



```
                PORT SAINT LUCIE
              290 NW PEACOCK BLVD
          PORT SAINT LUCIE, FL 34986-9998
                 (800)275-8777
04/23/2024                           05:09 PM
---------------------------------------------
Product              Qty   Unit      Price
                           Price
---------------------------------------------
Priority Mail®        1              $18.40
Med FR Box
    New York, NY 10007
    Flat Rate
    Expected Delivery Date
        Sat 04/27/2024
    Tracking #:
        9505 5139 5522 4114 1060 48
    Insurance                        $0.00
        Up to $100.00 included
Total                                $18.40

Priority Mail®        1              $18.40
Med FR Box
    New York, NY 10007
    Flat Rate
    Expected Delivery Date
        Sat 04/27/2024
    Tracking #:
        9505 5139 5522 4114 1060 62
    Insurance                        $0.00
        Up to $100.00 included
Total                                $18.40

Priority Mail®        1              $18.40
Med FR Box
    New York, NY 10007
    Flat Rate
    Expected Delivery Date
        Sat 04/27/2024
    Tracking #:
        9505 5139 5522 4114 1061 09
    Insurance                        $0.00
        Up to $100.00 included
Total                                $18.40
---------------------------------------------
Grand Total:                         $55.20
---------------------------------------------
Debit Card Remit                     $55.20
    Card Name: MasterCard
    Account #: XXXXXXXXXXXXX1153
    Approval #: 120799
    Transaction #: 280
    Receipt #: 045719
    Debit Card Purchase: $55.20
    AID: A0000000042203        Chip
    AL: US Debit
    PIN: Verified
---------------------------------------------
```