UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  -v-<br><br>CAROL PEIRCE,<br><br>                    Defendant. | No. 06-cr-1032 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On July 22, 2024, *pro se* Defendant Carol Peirce mailed a reply in support of her motion to modify her restitution payments directly to the Court's chambers. (Doc. No. 87 at 2.) The reply included documentation relating to Ms. Peirce's past restitution payments. Because the *Pro Se* Intake Unit had not received a copy of this reply, the Court issued an order on August 5 reminding Ms. Peirce that she must send her filings to the *Pro Se* Intake Unit, not the Court's chambers. (*Id.* at 1.)

The following day, the *Pro Se* Intake Unit received a copy of Ms. Peirce's reply, which she mailed on July 29, 2024 – a week after she mailed her reply to the Court's chambers. (Doc. No. 88.) The copy Ms. Peirce sent to the *Pro Se* Intake Unit did not include the same documentation that she included in the copy she mailed to the Court's chambers.

To avoid any confusion in the future, Ms. Peirce should not send courtesy copies of her filings to the Court's chambers. She should instead send all of her filings – including all supporting documentation she wishes to include – to the *Pro Se* Intake Unit, 500 Pearl Street, Room 120, New York, NY 10007. Ms. Peirce should continue to serve a copy of her filings on the government, as

2

she appears to have done with the instant reply. (*See id.* at 4.) The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Peirce.

SO ORDERED.

Dated: August 7, 2024
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2